# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| MICHAEL G. ZITO, JR. | : | |
| Plaintiff, | : | CIVIL ACTION NO. 3:02CV277(JCH) |
| v. | : | |
| SBC PENSION BENEFIT PLAN, SBC COMMUNICATIONS, INC., SOUTHERN NEW ENGLAND TELEPHONE COMPANY AND PRICEWATERHOUSE LLP, | : | OCTOBER 10, 2003 |
| Defendants. | : | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendant, Southern New England Telephone Company ("SNET"), hereby requests an extension of time of fourteen (14) days through and including October 29, 2003, in order to file a Reply to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment dated September 30, 2003. This extension of time is necessary in order to reply fully to plaintiff's opposition brief.

The undersigned has contacted opposing counsel, Edmond Clark, concerning his position on this motion and he has indicated that he has no objection to this motion being granted. This is the first request for an extension of time that has been made with respect to this deadline.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 10th day of October, 2003.

        THE DEFENDANTS
        SBC PENSION BENEFIT PLAN, SBC
        COMMUNICATIONS, INC., AND SOUTHERN NEW
        ENGLAND TELEPHONE COMPANY


By_____/s/ Lori B. Alexander_____
    Lori B. Alexander
    Federal Bar No. CT08970
    Tyler Cooper & Alcorn, LLP
    205 Church Street
    New Haven, Connecticut  06509
    Tel. (203) 784-8200
    Fax No. (203) 789-2133
    E-Mail: alexander@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing has been sent by first class mail, postage prepaid on this 10th day of October, 2003, to all counsel of record as follows:

Edmond Clark, Esquire
83 Scotland Avenue
Madison, Connecticut 06443-2501

_____
Lori B. Alexander
ct 08970