

02CV277CH-smot ext time
02cv277 end

MOTION GRANTED
SO ORDERED 10/21/03

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

MICHAEL G. ZITO, JR.              :
                                  :   CIVIL ACTION NO.
         Plaintiff,               :   3:02CV277(JCH)
                                  :
    v.                            :
                                  :
SBC PENSION BENEFIT PLAN, SBC     :
COMMUNICATIONS, INC., SOUTHERN    :
NEW ENGLAND TELEPHONE             :
COMPANY AND PRICEWATERHOUSE       :   OCTOBER 10, 2003
LLP,                              :
                                  :
         Defendants.              :

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

The defendant, Southern New England Telephone Company ("SNET"), hereby requests an extension of time of fourteen (14) days through and including October 29, 2003, in order to file a Reply to Plaintiff's Memorandum in Opposition to Motion for Summary Judgment dated September 30, 2003. This extension of time is necessary in order to reply fully to plaintiff's opposition brief.

The undersigned has contacted opposing counsel, Edmond Clark, concerning his position on this motion and he has indicated that he has no objection to this motion being granted. This is the first request for an extension of time that has been made with respect to this deadline.

*ORAL ARGUMENT IS NOT REQUESTED*