UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL G. ZITO, JR.                    :
                                        :   CIVIL ACTION NO.
         Plaintiff,                     :   3:02CV277(JCH)
                                        :
    v.                                  :
                                        :
SBC PENSION BENEFIT PLAN, SBC           :
COMMUNICATIONS, INC., SOUTHERN          :
NEW ENGLAND TELEPHONE                   :
COMPANY AND PRICEWATERHOUSE             :   OCTOBER 10, 2003
LLP,                                    :
                                        :
         Defendants.                    :

## MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

The parties to the above action hereby jointly move that the Court enter the attached Stipulated Confidentiality Order in connection with discovery in the above-referenced case.

In responding to plaintiff's final set of discovery requests, the defendants expect to disclose certain personnel-related information concerning employees other than plaintiff and other confidential business information of SBC Communications, Inc. and the Southern New England Telephone Company. To facilitate that disclosure and protect the information from disclosure outside of these proceedings, the parties respectfully request that the Stipulated Confidentiality Order attached hereto be entered by the Court.

*ORAL ARGUMENT IS NOT REQUESTED*

MOTION GRANTED.
SO ORDERED. Janet C. Hall, U.S.D.J. 10/21/03