UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL G. ZITO, JR. : | |
| : | CIVIL ACTION NO. |
| Plaintiff, : | 3:02CV277(JCH) |
| : | |
| v. : | |
| : | |
| SBC PENSION BENEFIT PLAN, SBC : | |
| COMMUNICATIONS, INC., SOUTHERN : | |
| NEW ENGLAND TELEPHONE : | |
| COMPANY AND PRICEWATERHOUSE : | OCTOBER 29, 2003 |
| LLP, : | |
| : | |
| Defendants. : | |

**DEFENDANTS' MOTION TO EXCEED PAGE LENGTH**

The defendants, the SBC Pension Benefit Plan, SBC Communications, Inc., and the Southern New England Telephone Company, hereby request permission of the Court to file a Reply to Plaintiffs' Objection to Defendants' Amended Motion for Summary Judgment in excess of the 10-page limit provided for in Rule 7(d) of the Local Rules for the United States District Court for the District of Connecticut. The additional pages are necessary to address a new legal theory raised in the plaintiff's opposition brief that has not been previously raised in any pleading in this case.

For these reasons, the defendants respectfully request permission of the Court to exceed the page length set forth in the rules for its Reply brief.

*ORAL ARGUMENT IS NOT REQUESTED*

Dated at New Haven, Connecticut this 29th day of October, 2003.

        THE DEFENDANTS
        SBC PENSION BENEFIT PLAN, SBC
        COMMUNICATIONS, INC., AND SOUTHERN NEW
        ENGLAND TELEPHONE COMPANY

By _____
   Lori B. Alexander (CT 08970)
   Christopher A. Kelland (CT 22259)
   Tyler Cooper & Alcorn, LLP
   205 Church Street
   New Haven, Connecticut 06509
   Tel. (203) 784-8200
   Fax No. (203) 789-2133
   E-Mail: alexander@tylercooper.com
   Kelland@tylercooper.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing has been sent by first class mail, postage prepaid on this 29th day of October, 2003, to all counsel and *pro se* parties of record as follows:

Edmond Clark, Esquire
83 Scotland Avenue
Madison, Connecticut 06443-2501

_____
Lori B. Alexander
ct 08970