UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL G. ZITO, JR. | : |
| Plaintiff, | : CIVIL ACTION NO.<br>: 3:02CV277(JCH) |
| v. | : |
| SBC PENSION BENEFIT PLAN, SBC COMMUNICATIONS, INC., SOUTHERN NEW ENGLAND TELEPHONE COMPANY AND PRICEWATERHOUSE LLP, | :<br>:<br>:<br>: OCTOBER 29, 2003 |
| Defendants. | : |

### DEFENDANTS' MOTION TO EXCEED PAGE LENGTH

The defendants, the SBC Pension Benefit Plan, SBC Communications, Inc., and the Southern New England Telephone Company, hereby request permission of the Court to file a Reply to Plaintiffs' Objection to Defendants' Amended Motion for Summary Judgment in excess of the 10-page limit provided for in Rule 7(d) of the Local Rules for the United States District Court for the District of Connecticut. The additional pages are necessary to address a new legal theory raised in the plaintiff's opposition brief that has not been previously raised in any pleading in this case.

For these reasons, the defendants respectfully request permission of the Court to exceed the page length set forth in the rules for its Reply brief.

*ORAL ARGUMENT IS NOT REQUESTED*