# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL G. ZITO, JR.        : | CIVIL ACTION NO. |
|       Plaintiff,       : | 3:02CV277(JCH) |

MICHAEL G. ZITO, JR.                           :
                                               :       CIVIL ACTION NO.
                    Plaintiff,                 :       3:02CV277(JCH)
                                               :
          v.                                   :
                                               :
SBC PENSION BENEFIT PLAN, SBC                  :
COMMUNICATIONS INC., SOUTHERN                  :
NEW ENGLAND TELEPHONE                          :
COMPANY AND PRICEWATERHOUSE                    :       DECEMBER 1, 2003
LLP,                                           :
                                               :
                    Defendants.                :

## DEFENDANTS' REQUEST FOR PERMISSION TO FILE SUR-REPLY

The defendants, SBC Pension Benefit Plan, SBC Communications Inc., and the Southern New England Telephone Company (cumulatively "SNET") hereby request permission of the Court to file a short sur-reply to plaintiff's November 7, 2003 "Reply to Defendants' Memorandum dated October 29, 2003" ("Reply").

Plaintiff's Reply was filed in response to "Defendant's Reply to Plaintiff's Opposition to Motion for Summary Judgment," and as such, was not authorized under the Federal Rules of Civil Procedure. To the extent the Court will consider plaintiff's Reply, SNET respectfully requests permission to respond briefly to it. SNET represents that its response will be no more than four pages and will be limited to distinguishing cases cited in plaintiff's Reply and to the new argument plaintiff raises that the _de novo_ standard of review does not apply because the issue is really "when the plan actually took on a life." SNET would file its Sur-Reply by December 5, 2003.

### _ORAL ARGUMENT IS NOT REQUESTED_

Dated at New Haven, Connecticut this 1ˢᵗ day of December, 2003.

> THE DEFENDANTS
> SBC PENSION BENEFIT PLAN, SBC
> COMMUNICATIONS INC., AND SOUTHERN NEW
> ENGLAND TELEPHONE COMPANY
>
>
> By *Lori B. Alexander*
> Lori B. Alexander
> Federal Bar No. CT08970
> Tyler Cooper & Alcorn, LLP
> 205 Church Street
> New Haven, Connecticut  06509
> Tel. (203) 784-8200
> Fax No. (203) 789-2133
> E-Mail: alexander@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed via first-class mail, postage prepaid on December 1, 2003 to all counsel of record to the following address:

Edmond Clark, Esquire
83 Scotland Avenue
Madison, Connecticut 06443-2501

*Lori B. Alexander*
Lori B. Alexander
ct 08970