UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL G. ZITO, JR. :
: CIVIL ACTION NO.
      Plaintiff, : 3:02CV277(JCH)
:
v. :
:
SBC PENSION BENEFIT PLAN, SBC :
COMMUNICATIONS INC., SOUTHERN :
NEW ENGLAND TELEPHONE :
COMPANY AND PRICEWATERHOUSE : DECEMBER 11, 2003
LLP, :
:
      Defendants. :

## DEFENDANTS' AMENDED REQUEST FOR PERMISSION TO FILE SUR-REPLY

The defendants, SBC Pension Benefit Plan, SBC Communications Inc., and the Southern New England Telephone Company (collectively "SNET") hereby file an amended request for permission to file a short sur-reply to plaintiff's November 7, 2003 "Reply to Defendants' Memorandum dated October 29, 2003" ("Plaintiff's Reply"). Plaintiff's Reply was filed in response to Defendant's Reply to Plaintiff's Opposition to Motion for Summary Judgment.

SNET represents that the Sur-Reply it wishes to file will be no more than nine[1] pages long and will be limited to (1) distinguishing the key case cited in plaintiff's Reply and (2) the new argument plaintiff raises that the <u>de</u> <u>novo</u> standard of review does not apply because his claim is

*ORAL ARGUMENT IS NOT REQUESTED*

---

[1] SNET previously requested permission to file a Sur-Reply not to exceed four pages. However, in drafting the Sur-Reply, it has become clear that additional pages were necessary to properly distinguish a Ninth Circuit case relied upon by the plaintiff in his Reply, and to address his new assertion that his claim is really that the Plan fiduciaries breached their fiduciary duty in setting the effective date of the Plan as they did.

really that the defendants breached their fiduciary duty when they determined "when the plan actually took on a life." SNET would file its Sur-Reply by December 11, 2003.

>THE DEFENDANTS
>SBC PENSION BENEFIT PLAN, SBC
>COMMUNICATIONS INC., AND SOUTHERN NEW
>ENGLAND TELEPHONE COMPANY
>
>By /s/ Lori B. Alexander
>Lori B. Alexander
>Federal Bar No. CT08970
>Tyler Cooper & Alcorn, LLP
>205 Church Street
>New Haven, Connecticut 06509
>Tel. (203) 784-8200
>Fax No. (203) 789-2133
>E-Mail: alexander@tylercooper.com

## CERTIFICATION

I hereby certify that a copy of the foregoing has been mailed via first-class mail, postage prepaid on December 11, 2003 to all counsel of record to the following address:

Edmond Clark, Esquire
83 Scotland Avenue
Madison, Connecticut 06443-2501

/s/ Lori B. Alexander
Lori B. Alexander
ct 08970

2