FILED

2004 DEC 16  A 11: 09

U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL G. ZITO, JR., | : CIVIL ACTION NO. |
| | 3-02-cv-277 (EBB) |
| Plaintiff, | : |
| v. | : |
| SBC PENSION BENEFIT PLAN, | |
| SBC COMMUNICATIONS INC., | |
| SOUTHERN NEW ENGLAND | |
| TELEPHONE COMPANY AND | |
| PRICEWATERHOUSECOOPERS LLP. | |
| Defendants. | : DECEMBER 16, 2004 |

### PLAINTIFF'S MOTION FOR LEAVE
### TO FILE SUPPLEMENTAL PLEADING.

Pursuant to Fed. R. Civ. P. 15(d) and Local Rule, Plaintiff moves the Court for leave to file a supplemental pleading for the purpose of providing notice to the Court of occurrences by way of a supplemental authority dated subsequent to the joining of Defendants' Motion for Summary Judgment.

A supplemental pleading is designed to cover matters subsequently occurring but pertaining to the original claim. *U. S. v. Russell*, 241 F.2d 879. Defendants made Motion

for Summary Judgment on September 15, 2003 to which Plaintiff filed a Memorandum in Opposition on October 29, 2003. The Parties filed subsequent pleadings relative to the Motion for Summary Judgment: Plaintiff's "Reply to Defendants' Memorandum Dated October 29, 2003" filed on November 7, 2003 and Defendants' "Sur-Reply of the Defendants to Plaintiff's 'Reply to Defendants' Memorandum Dated October 29, 2003.'"

Plaintiff became aware, contemporaneous with this motion, of a decision of this Court, of a date (March 31, 2004) subsequent to the pleadings herein described, which is of significance in relation to determining the issues of this case.

The ends of justice are better served where plaintiffs are permitted to file a supplement to their pleading, as opposed to dismissing their claims and then granting leave to replead. *In re Initial Public Offering Securities Litigation*, 241 F. Supp. 2d 281 (S.D.N.Y. 2003). Plaintiff respectfully requests, as provided by Rule 15(d), the Court grant the motion for leave to file its supplemental pleading upon such terms as are just and to impose conditions for its acceptance and Defendants' responsive pleading in accord with its discretion.

A copy of the Supplemental Pleading is attached as Exhibit A, and incorporated by reference.

Dated at Madison, Connecticut this 16th day of December 2004.

                                                               THE PLAINTIFF,
                                                               MICHAEL G. ZITO, JR.

                                                               By: _____

                                                              Edmond Clark
                                                              83 Scotland Avenue
                                                              Post Office Box 133
                                                              Madison, CT 06443-0133
                                                              Telephone: (203) 245-4602
                                                              Facsimile: (203) 245-9734
                                                              E-Mail: Eclarkmadisonlaw@aol.com
                                                              Federal Bar No. ct22396
                                                              His Attorney