FILED
2004 DEC 16 A 11:09
US DISTRICT COURT
NEW HAVEN CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL G. ZITO, JR., | : CIVIL ACTION NO. |
| Plaintiff, | 3-02-cv-277 (EBB) |
| v. | : |
| SBC PENSION BENEFIT PLAN, SBC COMMUNICATIONS INC., SOUTHERN NEW ENGLAND TELEPHONE COMPANY AND PRICEWATERHOUSECOOPERS LLP. | |
| Defendants. | : DECEMBER 15, 2004 |

**AFFIDAVIT FOR LEAVE
TO FILE SUPPLEMENTAL PLEADING.**

COUNTY OF NEW HAVEN       :
                          : SS
STATE OF CONNECTICUT      :

Edmond Clark, being first duly sworn, deposes and says:

1. He is the attorney for the Plaintiff in the above-entitled action, which action was commenced on February 15, 2002, in the above-entitled court, for the purpose of redress to the denial by Defendants of benefits and protected rights of the Plaintiff under the

Employee Retirement Income Security Act of 1974 [29 USC Secs. 1001 *et seq.*] and a claim for relief of harms pursuant to the law of the State of Connecticut.

2. The authority of the proposed supplemental pleading, dated March 31, 2004, a copy of which is attached, occurred subsequent to the date of joining of Defendants' Motion for Summary Judgment.

3. Wherefore, affiant requests an order of this court granting Plaintiff leave to file the supplemental pleading attached, and for such other and further relief as may be just.

*Edmond Clark*

Sworn to and subscribed before me
this  15  day of December, 2004

Notary Public  *Nancy B. Valenti*

NANCY B. VALENTI
Notary Public
My Commission Expires May 31, 2009