FILED

2004 DEC 16 A 11: 09

U.S. DISTRICT COURT
NEW HAVEN, CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| MICHAEL G. ZITO, JR., | : CIVIL ACTION NO.<br>  3-02-cv-277 (EBB) |
| Plaintiff, | |
| v. | : |
| SBC PENSION BENEFIT PLAN,<br>SBC COMMUNICATIONS INC.,<br>SOUTHERN NEW ENGLAND<br>TELEPHONE COMPANY AND<br>PRICEWATERHOUSECOOPERS LLP. | |
| Defendants. | : DECEMBER 16, 2004 |

### PLAINTIFF'S NOTICE OF MOTION FOR LEAVE
### TO FILE SUPPLEMENTAL PLEADING.

To:  Lori B. Alexander, Esq., Attorney for SBC Pension Benefit Plan, SBC
     Communications Inc., Southern New England Telephone Company and
     PricewaterHouse LLP, Defendants:

       Tyler Cooper & Alcorn, LLP
       205 Church Street
       P.O. Box 1936
       New Haven, CT  06509

Please take notice that as soon as counsel may be heard, in the courtroom of the

above-entitled court at the courthouse at 141 Church Street, New Haven, in the County of

New Haven, Connecticut, Plaintiff will move the Court for an order granting him leave to file a supplemental pleading in this action, on the grounds that since the Parties filed briefs on Defendants' Motion for Summary Judgment, Plaintiff became aware of supplemental authority, dated subsequent to the joining of Defendants' Motion for Summary Judgment.

The Motion will be based on this notice, the affidavit of Edmond Clark, served and filed with it, and the pleadings, papers, records, and files in this action. As stated above, a copy of the proposed supplemental pleading is attached.

Dated at Madison, Connecticut this 16th day of December 2004.

                THE PLAINTIFF,
                MICHAEL G. ZITO, JR.

                By: _____

                Edmond Clark
                83 Scotland Avenue
                Post Office Box 133
                Madison, CT 06443-0133
                Telephone: (203) 245-4602
                Facsimile: (203) 245-9734
                E-Mail: Eclarkmadisonlaw@aol.com
                Federal Bar No. ct22396
                His Attorney