UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

Michael G. Zito, Jr.

v.

SBC Pension Benefit Plan,
SBC Communications Inc.,
Southern New England Telephone
Company and PricewaterhouseCoopers LLC.

CASE NO.: 3-02-cv-277 (EBB)

2004 DEC 16 AM: 09
U.S. DISTRICT COURT
NEW HAVEN, CT

December 16, 2004

**Notice of Manual Filing**

Please take notice that Plaintiff, Michael G. Zito, Jr. has manually filed the Plaintiff's Notice of Motion for Leave to File Supplemental Pleading

This document has not been filed electronically because: **[mark all that apply]**

[X]  the document (or thing) cannot be converted to an electronic format
[ ]  the electronic file size of the document exceeds 1.5 mb
[ ]  the document (or thing) is filed under seal pursuant to the local rules of the court
[ ]  The document (or thing) is filed ex parte pursuant to court order, statute or regulation allowing ex parte submissions [e.g., Motion for Expert or Other Services Pursuant to 18 U.S.C. § 3006A]
[ ]  Plaintiff/Defendant is excused from electronically filing this document (or thing) by court order.

The document has been manually served on all parties.

Respectfully submitted, Michael G. Zito, Jr.

Edmond Clark, Esq.
Federal Bar No. ct 22396
83 Scotland Avenue
Post Office Box 133
Madison, CT 06443
Tel: (203) 245-4602
Facsimile: (203) 245-9734

His Attorney

Rev. 12/1/04