rentUNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 DEC 22 A 10: 16
U.S. DISTRICT COURT
NEW HAVEN, CT

MICHAEL G. ZITO, JR.          :

    v.                         :   NO. 3:02CV00277(EBB)

SBC PENSION BENEFIT PLAN      :

ORDER OF TRANSFER

In the interest of justice, the above case is hereby transferred to the docket of The Honorable Janet C. Hall  All future pleadings should be filed in Bridgeport, Connecticut bearing the initials "JCH."

Pleadings or documents filed at any other seat of court will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 7(a)].

SO ORDERED.

ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, Connecticut, this ___ day of December, 2004.

AO 72A
(Rev.8/82)