UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MICHAEL G. ZITO, JR.

V                                              3:02CV277CH

SBC PENSION BENEFIT PLAN,
SBC COMMUNICATIONS INC.,
SOUTHERN NEW ENGLAND
TELEPHONE COMPANY AND
PRICEWATERHOUSECOOPERS LLP.

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendants motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on March 1, 2005, entered a Ruling on Defendants' Motion for Summary Judgment, granting the defendants' motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendants and the case is closed.

Dated at Bridgeport, Connecticut, this 4th day of March, 2005.

KEVIN F. ROWE, Clerk

By   /s/Catherine Boroskey
  Catherine Boroskey
    Deputy Clerk

Entered on Docket _____